UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 04-20683-CIV-COOKE/BROWN

MATTHEW BECK, JEFF HOLDEN, AIMEE
POLANCO, and DEBBIE MOZER, individuals
on their own behalf and on behalf of others
similarly situated,

    Plaintiffs,

v.

BOCE GROUP, L.C. d/b/a NEXXT CAFE, a
Florida corporation, *et al.*,

    Defendants.
_____/

## JUDGMENT FOR ATTORNEY FEES AND COSTS

THIS CAUSE is before the Court upon Plaintiffs' Motion to Enter Final Judgment for Attorney Fees and Costs (DE 498), filed November 17, 2006. On November 1, 2006, this Court entered an Order Adopting Magistrate's Report and Recommendation. See DE 497. Pursuant to that Order, this Court granted Plaintiff's Verified Motion for Attorney Fees and Costs and awarded attorney fees and costs in the amount of $324,906.02. Therefore, it is hereby

ORDERED AND ADJUDGED that Judgment is hereby entered for the Plaintiffs in the amount of $324,906.02 against Defendants Boce Group, L.C., Bo Our, and Nur Ozylimaz, jointly and severally, for which let execution issue. Post judgment interest shall accrue on these sums pursuant to 28 U.S.C. § 1961.

DONE AND ORDERED in Chambers at Miami, Florida this 7th day of December, 2006.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:

All Counsel of Record